NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYDNEXIS, INC.,**
*Appellant*

**v.**

**EYENOVIA, INC.,**
*Appellee*

---

2023-2402, 2023-2403, 2023-2411

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00384, IPR2022-00414, IPR2022-00415.

---

## JUDGMENT

---

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for appellant. Also represented by JAD ALLEN MILLS; KELSEY CATINA, RICHARD TORCZON, Washington, DC.

THOMAS H. WINTNER, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Boston, MA, argued for appellee. Also represented by PETER CUOMO, WILLIAMS DIXON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CHEN and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2025
Date

Jarrett B. Perlow
Clerk of Court